# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN UNGER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00471 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN JAMES WHITLEY, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Unger's complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 21st day of October, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE